UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHEL MANH HIEN NGUYEN, | Case No.15-cv-02906-NC |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In January 2016, the Court ordered Nguyen to show proof of service on the defendant by February 12, 2016.  Nguyen did not respond.

The Court orders Nguyen to provide proof of service and respond why this case should not be dismissed by April 22, 2016.  If Nguyen does not respond, the Court will dismiss the case.  Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-02906-NC