UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHEL MANH HIEN NGUYEN,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.15-cv-02906-NC

**ORDER SETTING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**

In January 2016, the Court ordered Nguyen to show proof of service of the complaint on the defendant by February 12, 2016.  Nguyen did not respond.  The Court again ordered Nguyen to show proof of service by April 22, 2016; however, the Court acknowledges that Nguyen may not be aware of this order because it was not served on him.

Thus, the Court sets a case management conference for May 18, 2016, at 10:00 a.m. in Courtroom 7, in the San Jose Courthouse.  By May 11, 2016, Nguyen must provide a case management statement and evidence of service on the defendant.  If Nguyen does not respond or provide proof of service, the Court will dismiss the case for failure to prosecute. Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

Dated: April 25, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL MANH HIEN NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 15-cv-02906-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michel Manh Hien Nguyen
798 Golden Creek Terrace
San Jose, CA 95111

Dated: April 25, 2016

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By: _/s/ Lili M. Harrell_____
                                              Lili Harrell, Deputy Clerk to the
                                              Honorable NATHANAEL M. COUSINS