UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL MANH HIEN NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.15-cv-02906-NC<br><br>**ORDER DISMISSING CASE** |

Nguyen filed this case on June 23, 2015, and has not served the defendant. The Court twice ordered Nguyen to file proof of service, but Nguyen did not respond. Thus, the Court dismisses this case without prejudice for failure to prosecute. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: May 13, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL MANH HIEN NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 15-cv-02906-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michel Manh Hien Nguyen
798 Golden Creek Terrace
San Jose, CA 95111

Dated: May 13, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lili M Harrell*
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2